**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:                                                              )
                                                                         )   **Civil Action No. 24 CV 11636**
**Stefannie Dyson**                                        )

## EXECUTIVE COMMITTEE ORDER

Pro Se filer Stefannie Dyson has filed the following 13 cases in the Northern District of Illinois since May 25, 2022:

| | |
|---|---|
| 1:22-cv-02765 | Dyson v. Dart |
| 1:23-cv-00416 | Dyson v. Dart et al |
| 1:23-cv-02521 | Dyson v. Circuit Court of Cook County |
| 1:23-cv-03325 | Dyson v. Hollis, et al. |
| 1:23-cv-05277 | Dyson v. State of Illinois, et al. |
| 1:23-cv-06388 | Dyson v. Oyewole, et al. |
| 1:23-cv-16276 | Dyson v. Stevens, et al. |
| 1:23-cv-16515 | Dyson v. Dart, et al. |
| 1:24-cv-00271 | Dyson v. Stevens, et al. |
| 1:24-cv-00944 | Dyson v. Lane et al. |
| 1:24-cv-08717 | Dyson v. IL DCFS et al. |
| 1:24-cv-08778 | Dyson v. Lane et al. |
| 1:24-cv-09863 | Dyson v. Cook County Sheriff Dept. et al |

At its meeting on November 6, 2024, the Executive Committee reviewed the dockets and filings made by Stefannie Dyson from the above listed cases.

After review, it is the judgment of the Executive Committee that reasonable and necessary restraints must be imposed upon Stefannie Dyson's ability to file new civil cases in this District pro se. Cases in existence prior to the entry of this order are not affected by the order and shall proceed as usual.

IT IS HEREBY ORDERED BY THE EXECUTIVE COMMITTEE in its capacity as the supervisor of the assignment of cases, that ------

1. Stefannie Dyson, or anyone, other than an attorney, acting on her behalf, is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures:

    a. Any materials Stefannie Dyson, or anyone, other than an attorney, acting on her behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents.

    b. Where the document submitted is a complaint, it shall be accompanied by a motion captioned a Motion Seeking Leave to File Pursuant to Order of Executive Committee. That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on

      behalf of Stefannie Dyson in the complaint are new claims never before raised in any federal court.

    c. Whenever Stefannie Dyson submits a document for filing, the clerk or designated deputy shall accept the papers, stamp them received, and forward them to the Executive Committee.

2. The Executive Committee will examine any complaints submitted by or on behalf of Stefannie Dyson to determine whether they should be filed.

3. If Stefannie Dyson seeks leave to proceed in forma pauperis, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated, unless he demonstrates to the Committee in writing that he is in imminent danger of great bodily harm. The Committee may deny leave to file any complaints not filed in conformity with this order.

4. If the Executive Committee enters an order denying leave to file the materials, the clerk shall retain the order in a miscellaneous file with the title "In re: Stefannie Dyson" and cause a copy of the order to be mailed to Stefannie Dyson.

5. If the Executive Committee enters an order granting leave to file the materials, the clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The clerk shall also cause a copy of the order to be mailed to Stefannie Dyson.

6. Stefannie Dyson's failure to comply with this order may, within the discretion of the Executive Committee, result in her being held in contempt of court and punished accordingly.

7. Nothing in this order shall be construed -----

    a. to affect Stefannie Dyson's ability to defend herself in any criminal action,

    b. to deny Stefannie Dyson access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or

    c. to deny Stefannie Dyson access to the United States Court of Appeals or the United States Supreme Court.

IT IS FURTHER ORDERED That any password issued to Stefannie Dyson for access to the electronic filing system shall be disabled.

IT IS FURTHER ORDERED That any new complaints filed by Stefannie Dyson and transferred to this Court from another jurisdiction shall be reviewed by the Executive Committee to determine whether they should be filed.

IT IS FURTHER ORDERED That the Clerk shall cause to be created and maintained a miscellaneous docket with the title "In Re: Stefannie Dyson" and case number 24cv11636. The miscellaneous docket shall serve as the repository of this order and any order or minute order entered pursuant to this order. All orders will be entered on that docket following standard docketing procedures.

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be emailed to Stefannie Dyson at nopressurenidiamonds@gmail.com, Read Receipt Requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 14th day of November 2024.